1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE, CSBN 197086
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8984
      Facsimile: (415) 744-0134
7     E-Mail: michael.cabotaje@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PABLO MUNOZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 5:09-CV-04393-HRL <br><br> STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 17) be extended from March 22, 2010, to April 21, 2010.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further evaluate the possibility of remand in this case.

///

///

///

///

///

Respectfully submitted,

Dated: March 8, 2010        */s/ Tom F. Weathered*\*
                            TOM F. WEATHERED
                            Attorney for Plaintiff
                            (* as authorized via e-mail)

Dated: March 8, 2010        JOSEPH P. RUSSONIELLO
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                            */s/ Michael A. Cabotaje*
                            MICHAEL A. CABOTAJE
                            Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: March 9, 2010        _____
                            THE HONORABLE HOWARD R. LLOYD
                            United States Magistrate Judge