** E-filed March 9, 2010 **

1   JOSEPH P. RUSSONIELLO
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    MICHAEL A. CABOTAJE, CSBN 197086
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8984
        Facsimile:  (415) 744-0134
7       E-Mail: michael.cabotaje@ssa.gov

8   Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  PABLO MUNOZ,                    )
                                    )   CIVIL NO. 5:09-CV-04393-HRL
14         Plaintiff,               )
                                    )   STIPULATION AND ORDER TO
15         v.                       )   EXTEND TIME
                                    )
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security,                )
                                    )
18         Defendant.               )
    _____)

19

20          The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21  Motion for Summary Judgment (Doc. # 17) be extended from March 22, 2010, to April 21, 2010.

22          This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

23  Defendant needs the additional time to further evaluate the possibility of remand in this case.

24  ///

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

Dated: March 8, 2010

*/s/ Tom F. Weathered\**
TOM F. WEATHERED
Attorney for Plaintiff
(* as authorized via e-mail)

Dated: March 8, 2010

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: ___March 9, 2010____

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

2