1  JOSEPH P. RUSSONIELLO, SBN CA 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   MICHAEL A. CABOTAJE, SBN CA 197086
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8984
       Facsimile: (415) 744-0134
7      Email: michael.cabotaje@ssa.gov

8  Attorneys for Defendant

**\*\* E-filed April 7, 2010 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PABLO MUNOZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 5:09-CV-04393-HRL <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ENTRY OF JUDGMENT; AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new decision or a new hearing and decision, if applicable.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to review and assess the evidence in accordance with Acquiescence Ruling ("AR") 97-4(9) and determine if it supports a finding of changed circumstances, especially with respect to the opinions of Clark Gable, M.D. If the ALJ determines that the evidence does support a finding of changed circumstances, the ALJ should proceed with the disability analysis as found in 20 C.F.R. §§ 404.1520 and 416.920. If the ALJ determines that the

evidence does not support a finding of changed circumstances, the ALJ should state this and make appropriate findings in accordance with AR 97-4(9).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 5, 2010     By: /s/ Tom F. Weathered*
*(\*As authorized via e-mail on April 5, 2010)*
TOM F. WEATHERED
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 5, 2010     By: /s/ Michael A. Cabotaje
MICHAEL A. CABOTAJE
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW
Assistant Regional Counsel, Region IX,
Social Security Administration

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this action is reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: _April 7, 2010_____     _____
HOWARD R. LLOYD
United States Magistrate Judge

2