**\*\* E-filed April 21, 2010 \*\***

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE, CSBN 197086
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8984
    Facsimile:  (415) 744-0134
    Email: michael.cabotaje@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PABLO MUNOZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 5:09-CV-04393-HRL <br><br> STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

       IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS (**$2,500.00**).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TOM F. WEATHERED<br>Law Office of Tom Weathered |
| Dated: April 20, 2010 | /s/ Tom F. Weathered*<br>(* as authorized via email dated April 20, 2010)<br>TOM F. WEATHERED |
|  | Attorney for Plaintiff |
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: April 20, 2010 | /s/ Michael A. Cabotaje<br>MICHAEL A. CABOTAJE<br>Special Assistant United States Attorney |
|  | Attorneys for Defendant |

OF COUNSEL FOR DEFENDANT:
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW
Assistant Regional Counsel, Region IX
Social Security Administration

IT IS SO ORDERED:

Dated: April 21, 2010

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge